# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| GARY SHOCK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 1:24-CV-83-HAB |
| LAC LOGISTICS, LLC, | ) ) ) |
| Defendant. | ) ) |

## ORDER

The United States Magistrate Judge's Report and Recommendation (ECF No. 24) was issued July 2, 2024, and the 14-day window within to object has passed with no objections filed.

ACCORDINGLY: Upon careful consideration of the Magistrate Judge's Report and Recommendation and the lack of objections thereto, the Report and Recommendation (ECF No. 24) is ACCEPTED AND ADOPTED.

This matter is REMANDED to the LaGrange County Superior Court for lack of subject-matter jurisdiction.

SO ORDERED on July 25, 2024.

s/ *Holly A. Brady*
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT